**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN DESSAUER and
VALERIA CUMMINS,

Plaintiffs,

v. Case No.8:26-cv-00133-JLB-CPT

LIFE SURGE LLC,

Defendant.
____________________________________.

## JOINT MOTION TO RESCHEDULE MOTION HEARING

Plaintiffs and Defendant, Life Surge LLC, by and through their undersigned counsel, jointly move this Honorable Court to reschedule the motion hearing currently set for November 3, 2026, and in support thereof state as follows:

1. On October 26, 2026, the Court issued a Notice of Hearing setting a Zoom videoconference hearing on the parties' Joint Motion to Approve Settlement for November 3, 2026, at 2:00 p.m. before Magistrate Judge Christopher P. Tuite.

2. Plaintiffs' counsel has a pre-existing out-of-country travel conflict and will be out of the country and unavailable through November 16, 2026.

3. The parties have conferred in good faith regarding alternative dates and respectfully request that the Court reschedule the motion hearing to a date and time on or after November 17, 2026.

4. Subject to the Court’s calendar and availability, the parties are mutually available on the following dates:

   a. November 18, 2026 at 2:00 p.m.
   b. November 19, 2026 at 10:00 a.m.

5. This motion is filed in good faith and not for the purpose of delay. No party will be prejudiced by the requested continuance.

WHEREFORE, the parties jointly request that the Court grant this Motion and reschedule the hearing on the Joint Motion to Approve Settlement to a mutually agreeable date on or after November 17, 2026.

Respectfully submitted October 27, 2026, by,

*/s/Mitchell L. Feldman, Esq.*
Mitchell L. Feldman, Esq.
Florida Bar No.: 0080349
Feldman Legal Group
12610 Race Track Road, Suite 225
Tampa, FL 33626
(T) 813-639-9366; (F) 813-639-9376
mfeldman@flandgatrialattorneys.com
mail@feldmanlegal.us
*Lead Counsel for Plaintiff*

*/s/Robert R. Vorhees, Esq.*
William E. Grob; FBN: 0463124
william.grob@ogletree.com
Robert R. Vorhees; FBN: 1037806
robert.vorhees@ogletree.com
Jonathan C. Gardner; FBN: 1068645
jonathan.gardner@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
T: 813-289-1247; F: 813-289-6530
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to the attorneys of record for Defendant.

*/s/Mitchell L. Feldman, Esq.*
Mitchell L. Feldman, Esq.
Florida Bar No.: 0080349